# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and fourteen.

Before:      Ralph K. Winter,
             *Circuit Judge,*
_____

Estate of Ernest Gottdiener, Estate of Judit Gottdiener,
Ervin Tausky, Suan Investments,

   Plaintiffs - Appellants,

v.

Felix Sater, Salvatore Lauria,

   Defendants - Appellees

_____

**ORDER**
Docket No. 14-1313

Appellants' counsel, moves to remove the appeal from the Court's Expedited Appeals Calendar and set September 16, 2014, as the due date for Appellants' brief or, in the alternative, to extend the current due date to file Appellants' brief until August 29, 2014, .

IT IS HEREBY ORDERED that the motion to remove the appeal from the Expedited Appeals Calendar is GRANTED. Appellant's brief is due September 16, 2014. However, the appeal is dismissed effective September 16, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order.  See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

