# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

Estate of Ernest Gottdiener, Estate of Judit Gottdiener,
Ervin Tausky, Suan Investments,
    Plaintiffs-Appellants,

**ORDER**
Docket No. 14-1313

v.

Felix Sater, Salvatore Lauria,
    Defendants-Appellees.

_____

Appellants move that the Court accept their corrected appellate brief.

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is instructed to accept the brief. Appellees' briefing deadline shall be adjusted accordingly. Appellants are advised that future non-compliance with the Court's rules and orders will not be tolerated.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

